MJ 67 A

** TOTAL PAGE.04 **

PROB 19
(Rev. 1/82)

# United States District Court

for

DISTRICT OF CONNECTICUT

U.S.A. vs Shawn Castle

Docket No. 3:05CR000217 (EBB)

TO:[1] **any United States Marshal or any authorized officer**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Shawn Castle | SEX<br>Male | RACE<br>Black | AGE<br>37 |
| ADDRESS (STREET, CITY, STATE)<br>208 Farmington Avenue, Hartford, Connecticut | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court, Boston, Massachusetts | | DATE IMPOSED<br>9/4/02 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Ellen Bree Burns, Senior U. S. District Judge, United States District Court, New Haven, Connecticut | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kevin Rowe | [signature] | 7/17/06 |

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for ________________ District of ________________;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

JUL 24 2006 11:24 FR USMS 2037732419 TO 81401528521? P.04/04

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
1:01-CR-10324

DOCKET NUMBER *(Rec. Court)*
3:05CR217EBB

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| SHAWN CASTLE<br>208 Farmington Avenue, #118<br>Hartford, CT | DISTRICT OF MASSACHUSETTS | |
| | NAME OF SENTENCING JUDGE<br>Douglas P. Woodlock | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/11/03 TO 08/17/06 |

2005 SEP -2

DOCKETED

OFFENSE

Possession of and Uttering Forged and Counterfeit Securities, 18 U.S.C. § 513(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF CONNECTICUT upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 3, 2005
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/1/05
*Effective Date*

*United States District Judge*

69

Form 12



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** SHAWN CASTLE **Docket No.** 3:05CR000217 (EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shawn Castle who was sentenced to fifteen (15) months imprisonment for a violation of 18 U.S.C. § 513 (a), Possession of and Uttering Forged and Counterfeit Securities, by the Honorable Douglas P. Woodlock sitting in the court at Boston, Massachusetts on September 4, 2002 who fixed the period of supervision at 36 months which commenced on December 31, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, including substance abuse testing, as directed by the probation officer. The defendant shall pay the costs of services for such treatment based on the ability to pay or the availability of third party payment; 2) The defendant shall participate in a mental health program and counseling as directed by the probation officer. The defendant shall pay the costs of services for such treatment based on the ability to pay or the availability of third party payments.; 3) The defendant shall not unlawfully use any controlled substance, and shall not consume any alcoholic beverages; 4) The defendant shall not possess a firearm or other dangerous weapon; 5) The defendant shall comply with the standard conditions set forth in this judgment and described at U.S.S.G. Section 5B1.3(c).; and 6) The defendant shall not commit another federal, state or local crime;

On June 21, 2005, the Honorable Robert N. Chatigny, Chief United States District Judge for the District of Connecticut accepted jurisdiction and the case was assigned to the Honorable Ellen Bree Burns, Senior United States District Judge. Mr. Castle's term of supervised release is scheduled to expire on February 16, 2007.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following condition of supervised release:

**Charge No.1:** Special Condition: "The defendant shall participate in a substance abuse treatment program, including substance abuse testing, as directed by the probation officer."
On March 22, 2006, Mr. Castle was referred to the Wheeler Clinic to commence intensive outpatient substance abuse treatment. On May 15, 2006, he was unsatisfactorily discharged from the Wheeler Clinic after missing three consecutive scheduled appointments.

**Charge No. 2:** Special Condition: "The defendant shall not unlawfully use any controlled substance, and shall not consume any alcoholic beverages."
Mr. Castle has tested positive for marijuana and cocaine use on four occasions between July 25, 2005 and April 10, 2006.

Continued page 2

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled so that Mr. Castle can be brought before the Court to show cause as to why his term of supervision should be revoked.

**ORDER OF COURT**

Considered and ordered this 13th day of July, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

Steven J. Lambert
Senior United States Probation Officer

Place New Haven, Ct.

Date July 13, 2006

Before me, the Honorable Ellen Bree Burns, Senior U. S. District Judge, on this 13th day of July, 2006 at New Haven, Senior U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge

**Charge No. 3**: Standard Condition "You shall notify the Probation Office ten days prior to any change of residence or employment."

During a home visit on June 28, 2006 the probation officer was advised that Mr. Castle no loner resided at his last known address. Mr. Castle has not notified the Probation Office of an address change and his whereabouts are presently unknown. He is currently considered an absconder.

**Charge No. 4**: You shall report to the Probation Office as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

On June 10, 2005 Mr. Castle was placed on a monthly reporting schedule. He has failed to report for subsequent office visits on March 13, 2006, April 2006, June 13, 2006, and July 11, 2006.

CLOSED

# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:05-cr-00217-EBB-ALL

Case title: USA v. Castle

Date Filed: 09/02/2005

---

Assigned to: Judge Ellen Bree Burns

**Defendant**

**Shawn Castle** (1)
*TERMINATED: 09/02/2005*

| **Pending Counts** | **Disposition** |
|---|---|
| UTTER FORGED AND COUNTERFEIT SECURITY (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **James I. Glasser**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax: 203-773-5378
Email: James.Glasser3@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2001 | | Counts added: Shawn Castle (1) count(s) 1 (Moore, P.) (Entered: 07/20/2006) |
| 09/02/2005 | 1 | PROBATION TRANSFER OF JURISDICTION as to Shawn Castle. Received certified copies of indictment, judgment and docket sheet from Boston, Massachusetts (Sunbury, B.) (Entered: 09/06/2005) |
| 07/13/2006 | 2 | Probation Form 12 Petition on Probation and Supervised Release requesting a warrant to issue with order of the court thereon as to Shawn Castle Certified copies handed USPO . Signed by Judge Ellen Bree Burns on 7/13/06. (Moore, P.) (Entered: 07/20/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/24/2006 15:37:22 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cr-00217-EBB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |