IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : MISC NO. 1:06-M-67A
:
SHAWN CASTLE :

ORDER

This matter was heard on July 25, 2006, before Magistrate Judge Almond, on a removal hearing pursuant to Rule ~~40~~ 32.1 of the Federal Rules of Criminal Procedure, to determine whether the defendant, SHAWN CASTLE, should be removed to the District of Connecticut to answer a Supervised Release Violation against him in that District. The defendant, being represented by counsel for an identity hearing on July 25, 2006, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is ordered removed in the custody of the United States Marshals Service to the District of Connecticut.

Per Order

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court

DATE 7/25/06